IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | PETITION TO OPEN YOUTH RECORDS |
| vs. | ) | |
| | ) | DOCKET NO. CR-21-28-GF-BMM |
| JOSHUA NATHAN STILLMAN | ) | |
| | ) | |
| Defendant. | ) | |

Whereas the above-named defendant pled guilty in the United States District Court for the District of Montana to Count I: Distribution of Child Pornography, the Petitioner requests all youth records pertaining to the defendant including law enforcement records, Washington youth probation records, Island County Superior Court records, Witman County Superior Court records, Walla Walla County Superior Court records, King County Superior Court records, Lewis County Superior Court records, and any alcohol/drug and mental health treatment records, any residential youth treatment records be made available for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully submitted,

_____
Antoinette M. Wells
United States Probation Officer

July 15, 2021
Date

# ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order on this  15th day of July, 2021, the release of pertinent juvenile records concerning **JOSHUA NATHAN STILLMAN** including law enforcement records, Washington youth probation records, Island County Superior Court records, Witman County Superior Court records, Walla Walla County Superior Court records, King County Superior Court records, Lewis County Superior Court records and any alcohol/drug and mental health treatment records, any residential youth treatment records be made available and released to United States Probation for the purpose of preparing a Presentence Investigation Report for the Court in this matter.

Brian Morris, Chief District Judge
United States District Court